**SINGER & GOGER**
ATTORNEYS AT LAW
RENAISSANCE TOWERS
111 MULBERRY STREET
NEWARK, NEW JERSEY 07102

KATHLEEN C. GOGER
SUSAN S. SINGER

STANFORD M. SINGER
OF COUNSEL

TELEPHONE
973-802-1245
FAX
973-596-9404

September 11, 2008

*Via E-filing*

Honorable John J. Hughes, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

**Re:    Hendrix v. City of Trenton, Detectives David Neiderman and Jason Woodhead and John Does (1-99)**
**Case Number 3:06-CV-03942**

Dear Magistrate Judge Hughes:

The report of defendant's expert dentist is presently due on September 15, 2008, your Honor having granted my request for an extension to that date because of difficulties we had obtaining records from plaintiff's treating dentist. We are now seeking an additional 30 day extension to October 15, 2008. Plaintiff's counsel does not object to the extension.

The records were eventually supplied, but I experienced additional difficulties in obtaining an expert who practices in an area of New Jersey not too far from where Mr. Hendrix resides and who is willing to work without a retainer. This is a requirement since the City of Trenton cannot pay for services in advance pursuant to N.J.S.A. 40A:5-16(b). We now have an expert and will serve his report by October 15, 2008 if the extension is granted.

Thank you.

Respectfully,

SINGER & GOGER

Kathleen C. Goger

KCG:lmg
cc:    Mark B. Frost, Esq. (via efiling)