# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES HENDRIX, SR., | Civil Action No. 06-3942 (FLW) |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF TRENTON, et al., | |
| Defendants. | |

**IT IS** on this 25th day of March, 2010,

**ORDERED** that counsel and the parties, with full authority to settle, shall attend a settlement conference on April 6, 2010 at 10:00 a.m. in Courtroom 5E; it is further

**ORDERED** that Defendant City of Trenton shall appear at the April 6, 2010 conference with a representative of its excess insurance carrier, which representative shall have the full authority to settle.

/s/ Freda L. Wolfson
FREDA L. WOLFSON, U.S.D.J.