UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                       :
CHARLES HENDRIX, SR.,                  :     Civil Action No. 06-3942 (FLW)
                                       :
        Plaintiff,                     :
                                       :     **ORDER**
   v.                                  :
                                       :
CITY OF TRENTON, et al.,               :
                                       :
        Defendants.                    :
_____ :

**THIS MATTER** having been opened to the Court by Hanan Isaacs, Esq., counsel for Gregg L. Zeff, Esq., on a motion to deposit funds; it appearing that Plaintiff Charles Hendrix, Sr. ("Hendrix"), through his counsel Mark B. Frost, Esq., opposes the motion; it appearing that this case was settled on April 6, 2010, and the settlement proceeds were distributed to Mr. Hendrix's then-attorney, Mr. Zeff; it appearing that a dispute arose regarding whether there exists a medicaid lien against Mr. Hendrix for unpaid medical benefits; it appearing that, consequently, Mr. Zeff refused to distribute the remaining settlement funds to Mr. Hendrix based upon his obligations under the law to pay the lien, and therefore, Mr. Zeff, on this motion, seeks to deposit the funds into the Court's registry; it appearing that due to personal reasons, Mr. Hendrix needs immediate access to these funds; it appearing that the Court held a hearing on the motion on September 16, 2010; it appearing that in order to ascertain whether there is a medicaid lien against Mr. Hendrix, the Court contacted New Jersey's Division of Medical Assistance and Health Services (the "Division") and spoke with Ms. Dawn O'Neil, who responded to the Court's request regarding Hendrix's medicaid file; it appearing that Ms. O'Neil orally confirmed

to the Court that the State does not have any claims or liens against Mr. Hendrix, and that she will send written confirmation of the same to Mr. Zeff; accordingly,

**IT IS** on this 21st day of September, 2010,

**ORDERED** that the motion to deposit funds is denied as moot; it is further

**ORDERED** that Mr. Zeff shall release any and all remaining settlement funds to Mr. Hendrix forthwith.

    /s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge